THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Macteer Manigault,       
 Appellant.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No.
2005-UP-434
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Tara S. Taggart, of Columbia,
 for Appellant.
 Attorney General Henry D.
 McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Macteer
Manigault appeals his guilty plea to criminal sexual conduct with a minor,
second degree.  He pled guilty pursuant to North Carolina v. Alford,
400 U.S. 25 (1970).  His counsel filed a petition to be relieved as
counsel.  After a thorough review of the record and counsels brief
pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Manigaults appeal and grant counsels motion
to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.